# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GEORGE TERON,<br><br>  Plaintiff,<br><br>  v.<br><br>ALCHEMEE, LLC, et al.,<br><br>  Defendants. | Case No. 24-cv-01918-BLF<br><br>**ORDER REGARDING MOTION TO RELATE CASES** |

On May 3, 2024, Defendants filed an Administrative Motion to Consider Whether Cases Should be Related. ECF No. 13. In their motion, Defendants argue that this case is related to *Ramos, et al. v. Alchemee, LLC*, Case No. 3:24-cv-2230 (the "*Ramos* action"). *Id.* at 1. Defendants have attached as an exhibit a joint stipulation signed by all parties of this action and the *Ramos* action agreeing to reassign the case "subject to the approval of the Court." ECF No. 13-2.

However, it is unclear whether Defendants have filed a courtesy copy with the assigned Judge in the *Ramos* action. *See* Civ. L.R. 3-12(b) ("A courtesy copy of the motion must be lodged with the assigned Judge in each apparently related case under Civil L.R. 5-1(d)(7).")

Defendants are directed to file a courtesy copy on the docket of the *Ramos* action to ensure that the assigned Judge has received a copy of the motion.

**IT IS SO ORDERED.**

Dated: May 6, 2024

_____
BETH LABSON FREEMAN
United States District Judge