**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EFREN RAMOS, et al., <br><br> Plaintiff, <br><br> v. <br><br> ALCHEMEE, LLC, <br><br> Defendant. | Case No. 24-cv-02230-BLF |
| GEORGE TERON, <br><br> Plaintiff, <br><br> v. <br><br> ALCHEMEE, LLC, et al., <br><br> Defendants. | Case No. 24-cv-01918-BLF <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE; STAYING CASE** |

On May 7, 2024, the Court granted Defendants' administrative motion to relate the cases *Ramos, et al. v. Alchemee, LLC*, Case No. 3:24-cv-02230 and *Teron v. Alchemee, LLC*, Case No. 5:24-cv-01918-BLF, and reassigned the *Ramos* action to the undersigned Judge. ECF No. 16. The Court then issued an Order to Show Cause "why the cases consolidated for all purposes and why a consolidated complaint should not be filed." ECF No. 18.

The parties filed a joint response indicating that the Court "should consolidate these cases now for all purposes." ECF No. 20 at 2. The parties also "ask this Court to stay the case pending the resolution of proceedings that will determine the forum for these cases" *Id.* at 3. Plaintiffs indicate that they expect to petition the Judicial Panel on Multidistrict Litigation ("JPML") "this week" for an MDL pursuant to 28 U.S.C. § 1407. *Id.* Defendants indicate that they intend to file a motion to transfer venue under 28 U.S.C. § 1404. *Id.* at 2.

Finding good cause, the Court CONSOLIDATES and STAYS the above-captioned matters and VACATES all deadlines. The action is stayed until the JPML rules on Plaintiffs' § 1407 petition. The Parties SHALL file a joint status report within 10 days of the JPML's decision. If necessary, Defendants may file a motion to transfer venue under 28 U.S.C. § 1404 after the JPML has evaluated Plaintiffs' petition. The Order to Show Cause is DISCHARGED.

**IT IS SO ORDERED.**

Dated: May 22, 2024

_____
BETH LABSON FREEMAN
United States District Judge